TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-00-00799-CV

Patricia Curtis-Mastin, Appellant

v.

Department of Protective and Regulatory Services, Appellee

FROM THE DISTRICT COURT OF LLANO COUNTY, 33RD JUDICIAL DISTRICT

NO. 11,998, HONORABLE DONALD V. HAMMOND, JUDGE PRESIDING 

PER CURIAM 

 Appellant Patricia Curtis-Mastin has informed this Court by motion that the district
court has granted her motion for new trial. Her appeal is therefore moot and she moves to dismiss
it. We grant the motion and dismiss the appeal.

Before Chief Justice Aboussie, Justices Yeakel and Patterson

Dismissed on Appellant's Motion

Filed: January 19, 2001

Do Not Publish